**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

JOSE AGUIRRE,

                Petitioner,

v.                                            CIVIL ACTION NO. 3:26-0425

DAVID VENTURELLA,
Acting Director, United States Immigration and
Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
Acting United States Attorney General,
DAVID KLUEMPER,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

                Respondents.

**ORDER**

      Upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1), **IT
IS HEREBY ORDERED** that Respondents shall not remove or facilitate the removal of Petitioner
from the Southern District of West Virginia pending further order of the Court. To the extent
Petitioner have already been removed from this jurisdiction, Respondents shall not transport
Petitioner to a geographically further location or remove Petitioner from the United States pending
further order of the Court. Additional directives will soon follow.

-2-

ENTER:        June 29, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE